IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LENKA JEAN WANZER               §
                                §
VS.                             §   ACTION NO. 4:15-CV-003-Y
                                §
CAROLYN W. COLVIN, Acting       §
Commissioner of Social Security §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1.  The pleadings and record;

2.  The report and recommendation of the United States magistrate judge filed on February 9, 2016; and

3.  Plaintiff's objections to the magistrate judge's report and recommendation filed on February 23; and

4.  Defendant's response to those objections, filed March 2.

After review, the Court concludes that Plaintiff makes the same arguments in her objections that were addressed in great detail in the magistrate judge's report. This Court, after <u>de novo</u> review, concludes that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's report. As a result, the magistrate judge's report is hereby ADOPTED, and the decision of the Commissioner is AFFIRMED.

SIGNED March 11, 2016.

                                        _____
                                        TERRY R. MEANS
                                        UNITED STATES DISTRICT JUDGE